UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Cr. File No. 13-139 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Marlin Dahl, | |
| Defendant. | |

This matter is before the Court on Defendant's Objections to the Report and Recommendation of Magistrate Judge Janie S. Mayeron dated November 15, 2013, which recommends the denial of Defendant's Motion to Suppress Evidence Seized Under Authority of State-Court Issued Search Warrants.

The Court reviews de novo a magistrate judge's decisions on dispositive issues. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b). Based on a review of the record and the submissions of the parties, the Court adopts the R&R and denies Defendant's Motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. 55) is **ADOPTED**; and

2. Defendant's Motion to Suppress Evidence Seized Under Authority of State-Court Issued Search Warrants (Docket No. 33) is **DENIED**.

Dated: November 26, 2013

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge